STATE of Missouri, Respondent,

v.

Willie WILLIAMS, Appellant.

No. 72902.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 31, 1998.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and JAMES R. DOWD and RICHARD B. TEITELMAN, JJ.

***ORDER***

PER CURIAM.

Willie Williams appeals from a judgment entered upon a jury verdict sentencing him to a twelve year term of imprisonment for the class C felony offense of Stealing, third offense, Section 570.040 RSMo.1994.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opin-

